IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MICHAEL RUSSELL**                                                                             **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 1:20-CV-0003-SA-DAS**

**CITY OF TUPELO, MISSISSIPPI,**
**ALLAN GILBERT, in His Individual Capacity,**
**and BART AGUIRRE, in his Individual Capacity,**                  **DEFENDANTS**

---

PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO BIFURCATE ISSUE OF PUNITIVE DAMAGES [114]

---

In response to Defendants' Motion to Bifurcate Issue of Punitive Damages [114], Plaintiff Michael Russell agrees that the punitive damages issue should be bifurcated.

RESPECTFULLY SUBMITTED, this the 1st day of November, 2021.

                                           MICHAEL RUSSELL, Plaintiff

                     By:      */s/ Jim Waide*
                               Jim Waide, MS Bar No. 6857
                               Ron L. Woodruff, MS Bar No. 100391
                               waide@waidelaw.com
                               WAIDE & ASSOCIATES, P.A.
                               332 North Spring Street
                               Tupelo, MS 38804-3955
                               Post Office Box 1357
                               Tupelo, MS 38802-1357
                               (662) 842-7324 / Telephone
                               (662) 842-8056 / Facsimile

                               ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing this court's ECF system, which sent notification of such filing to the following:

**David D. O'Donnell, Esquire**
**Sidney Ray Hill, Esquire**
**Clayton O'Donnell, PLLC**
**Post Office Drawer 676**
**Oxford, MS 38655-0676**
dodonnell@claytonodonnell.com
rhill@claytonodonnell.com
khill@claytonodonnell.com

DATED, this the 1st day of November, 2021.

*/s/ Jim Waide*
JIM WAIDE