IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MICHAEL RUSSELL                                                                              PLAINTIFF

V.                                                       CIVIL ACTION NO. 1:20-CV-3-SA-DAS

CITY OF TUPELO, MISSISSIPPI, et al.                                              DEFENDANTS

## ORDER

On November 1, 2021, the Defendants filed a Motion to Bifurcate [114]. In their Motion [114], the Defendants request that the Court "bifurcate the issue of punitive damages from the liability and compensatory damages phase of the upcoming jury trial of this matter[.]" [114] at p. 1. In his Response [115], Michael Russell states that he "agrees that the punitive damages issue should be bifurcated." [115] at p. 1.

In pertinent part, Rule 42(b) of the Federal Rules of Civil Procedure provides:

> (b) Separate Trials. For convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims.

FED. R. CIV. P. 42(b).

Utilizing the discretion authorized by Rule 42(b), the Court will bifurcate the issue of punitive damages from the liability and compensatory damages phase of the trial of this matter. The Motion [114] is GRANTED.

SO ORDERED, this the 2nd day of November, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE